

**T**HE **C**ITY OF **N**EW **Y**ORK

## LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

MATTHEW J. MODAFFERI
*Senior Counsel*
E-mail: mmodaffe@law.nyc.gov
Phone: (212) 356-2331
Fax: (212) 356-3509

August 6, 2015

**BY ECF**
Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>Bishop, et al. v. City of New York, et al.</u>, 06-CV-2843 (RJD)(SMG)
           <u>Borriello, et al. v. City of New York, et al.</u>, 06-CV-2954 (RJD)(SMG)
           <u>Di Lapi, et al. v. City of New York, et al.</u>, 06-CV-3101 (RJD)(SMG)
           <u>Lino, et al. v. City of New York, et al.</u>, 06-CV-3591 (RJD)(SMG)
           <u>Morris, et al. v. City of New York, et al.</u>, 07-CV-2189 (RJD)(SMG)

Your Honor:

       I am one of the attorneys assigned to the defense of the City of New York ("City") in the above-referenced consolidated matters. Defendant City writes to inform the Court that it has reached a settlement agreement in principle with the five remaining plaintiffs. The parties will file the respective stipulations of dismissal shortly. In light of the agreements reached, the parties respectfully request that the conference scheduled for August 13, 2015 and the trial scheduled for September 10, 2015 be adjourned *sine die*.

       Thank you for your consideration herein.

                                          Respectfully submitted,

                                          /s/

                                          Matthew J. Modafferi
                                          *Senior Counsel*
                                          Special Federal Litigation Division

cc:    Honorable Steven M. Gold (By ECF)
        United States Magistrate Judge
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, New York 11201

Cody McCone, Esq. (By ECF)
O'Dwyer and Bernstein, LLP
*Attorneys for the <u>Bishop</u> Plaintiffs*

Nick Brustin, Esq. (By ECF)
Emma Freudenberger, Esq.
Neufeld, Scheck & Brustin, LLP
*Attorneys for the <u>DiLapi</u> Plaintiffs*

Andrew C. Laufer, Esq. (By ECF)
*Attorney for the <u>Borriello</u> Plaintiffs*

Michaelangelo Matera, Esq. (By ECF)
Law Office of Michaelangelo Matera
*Attorney for the <u>Lino</u> plaintiffs*

Barry E. Schulman, Esq. (By ECF)
Deborah A. Santelmo, Esq.
*Attorneys for the <u>Morris</u> Plaintiffs*